■ DIANE DAVIS, Individually and as Parent and Natural Guardian of REBECCA L. CONNOR, an Infant, Plaintiff, v JUDY L. DAVIS et al., Defendants. DIANE DAVIS, Individually and as Parent and Natural Guardian of REBECCA L. CONNOR, an Infant, Appellant, v LITTLE FALLS FONDA BUS CORPORATION, Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, O'Donnell, J. (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ ENVIROGAS, INC., Respondent, v WALKER ENERGY, INC., et al., Appellants, et al., Defendants.—Order unanimously affirmed with costs. Memorandum: We affirm for the reasons stated in the decision at Special Term (Fudeman, J.). We add only that the agreements were not ambiguous. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—partial summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.